**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:  JAN GASIOR  § Case No. 11-17865
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00a.m. on 12/28/2011 in Courtroom 744 , Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: JAN GASIOR § Case No. 11-17865
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $30,000.00 |
| *and approved disbursements of* | $12.23 |
| *leaving a balance on hand of* [1] | $29,987.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $29,987.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,750.00 | $0.00 | $3,750.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $15.34 | $0.00 | $15.34 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,115.00 | $5.00 | $2,115.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*   *U.S. Bankruptcy Court*

*Fees,* *United States Trustee*

    Other

    Total to be paid for chapter 7 administrative expenses:     $5,880.34

    Remaining balance:     $24,107.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for    , Fees* | | | |
| *Attorney for    , Expenses* | | | |
| *Accountant for    , Fees* | | | |
| *Accountant for    , Expenses* | | | |
| Other | | | |

    Total to be paid for prior chapter administrative expenses:     $0.00

    Remaining balance:     $24,107.43

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling     $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $24,107.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,907.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 86.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions assignee of Citibank | $18,999.59 | $0.00 | $16,412.36 |
| 2 | Midland Credit Management | $7,837.48 | $0.00 | $6,770.23 |
| 3 | Sallie Mae | $1,070.63 | $0.00 | $924.84 |

Total to be paid for timely general unsecured claims: $24,107.43
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-17865-ERW
Jan Gasior                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mhenley              Page 1 of 2            Date Rcvd: Nov 30, 2011
                   Form ID: pdf006         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2011.
```
db          +Jan Gasior,    10560 S 83RD Court,    Palos Hills, IL 60465-1859
17192980    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17192982    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17192983     Citibank Client Services,    PO Box 769013,    San Antonio, TX 78245-9013
17192984    +J.C. Christensen and Associates, In,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
17192985    +Michael D. Fine,    131 S. Dearborn,    Chicago, IL 60603-5571
17192986     Mid Americ,    55th & Holmes,    Claredon Hills, IL 60514
17192989    +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
17192990    +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
17192991    +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
17192992    +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
17192994    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
17192995    +The Home Depot,    Po Box 6497,    Bankruptcy Department,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17342250    +E-mail/Text: bnc@atlasacq.com Dec 01 2011 09:20:55     Atlas Acquisitions LLC,    Attn: Avi Schild,
              294 Union St.,    Hackensack, NJ 07601-4303
17538308    +E-mail/Text: brenden.magnino@mcmcg.com Dec 01 2011 09:20:55     Midland Credit Manangement, Inc.,
              8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
17192987    +E-mail/Text: brenden.magnino@mcmcg.com Dec 01 2011 09:20:55     Midland Credit Mgmt,
              8875 Aero Dr,    San Diego, CA 92123-2255
17192988    +E-mail/Text: bankrup@nicor.com Dec 01 2011 09:20:55     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
17192993    +E-mail/PDF: pa_dc_claims@salliemae.com Dec 01 2011 09:36:35     Sallie Mae,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
17661921    +E-mail/PDF: pa_dc_claims@salliemae.com Dec 01 2011 09:36:35     Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 6
```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17192981*   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
17192996*   +The Home Depot,    Po Box 6497,    Bankruptcy Department,    Sioux Falls, SD 57117-6497
                                                                                 TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2011**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Nov 30, 2011
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2011 at the address(es) listed below:
        Allan J DeMars    alland1023@aol.com
        Dariusz T Wator    on behalf of Debtor Jan Gasior dwator@mecenaschicago.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                     TOTAL: 3